IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re<br>TERRY SARTIN<br>DORRICE E SARTIN<br> Debtor(s). | CHAPTER 7<br><br>CASE NO. 4-08-15550-SHG<br><br>**TRUSTEE'S WITHDRAWAL OF<br>REPORT OF NO DISTRIBUTION<br>AND MOTION TO REOPEN CASE** |

Stanley J. Kartchner, trustee of the above-captioned estate, has previously filed a Report of No Distribution. The trustee has learned that there are now assets to be administered. The trustee hereby withdraws the Report of No Distribution, and moves to reopen this case so that these assets may be administered.

There are insufficient funds in the estate to pay the reopening fee at this time.

DATED: February 19, 2015

 /s/ SJK
 Stanley J. Kartchner, Trustee