# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF ARIZONA

In re:

TERRY and DORRICE SARTIN,

Debtors.

(Chapter 7 Case)

No. 4:08-bk-15550-BMW

**ORDER AUTHORIZING TRUSTEE TO EMPLOY SPECIAL COUNSEL ON A CONTINGENCY FEE BASIS**

Upon the Application to Employ Special Counsel filed by Stanley J. Kartchner, and it appearing that Will K. Wright and Bill Higgins are disinterested persons or entities within the meaning of 11 U.S.C. §§101(14) and 327(e) and good cause appearing therefor;

IT IS HEREBY ORDERED, finding that the Application complies with the provisions of 11 U.S.C. §327(e) and authorizing Stanley J. Kartchner, Trustee, to employ and appoint William R. Higgins and Wilfred K. Wright, Jr. as co-Special Counsel with respect to this Estate's pre-petition personal injury claim, on a contingency fee basis and more fully set forth in Trustee's Application.

IT IS FURTHER ORDERED, that any compensation shall be subject to notice to all creditors and parties-in-interest and further Order of this Court, under §330(a)(1).

IT IS FURTHER ORDERED that such employment shall be effective as of May 6, 2015.

IT IS FURTHER ORDER that approval of employment of a professional person DOES NOT automatically approve any fee arrangement set forth in the application or any attachments thereto. No fees are pre-approved by the court. Any request for a professional fee must be made separately, by a detailed application supporting the request, notice must be given to creditors and other parties-in-

interest, and the court must have an opportunity to review any objections which any party may have. The court may also consider the application in the absence of any objections, and may adjust the fees according to the merits of the particular case. 11 U.S.C. §§ 327, 328, 329, 330, and 331.

**DATED AND SIGNED ABOVE**